IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                           : CRIMINAL NO: CR-1-02-012-02
                                 : JUDGE DLOTT

JOHN JACKSON,

        Defendant.

## SATISFACTION OF CRIMINAL JUDGMENT

    The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                Respectfully submitted,

                GREGORY G. LOCKHART
                United States Attorney

                s/ Deborah F. Sanders
                DEBORAH F. SANDERS (0043575)
                Assistant United States Attorney
                Southern District of Ohio
                303 Marconi Boulevard, Suite 200
                Columbus, Ohio 43215-2401
                (614) 469-5715

N:\_ECF Workload\DSanders\Jackson - Sat of Judg.wpd